1 | Richard L. Seabolt, Esq. (SBN 67469)
rlseabolt@duanemorris.com
2 | DUANE MORRIS LLP
Spear Tower
3 | One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
4 | Telephone: 415.957.3000
Facsimile:  415.957.3001

Attorneys for Plaintiff,
AFFINITY LABS OF TEXAS, LLC

GEORGE A. RILEY (S.B. #118304)
griley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:  415.984.8700
Facsimile:  415.984.8701

Attorneys for Defendant and Counterclaim-Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC., a Texas Limited Liability Company,<br><br>　　　　Plaintiff and Counterclaim-Defendant,<br><br>　　v.<br><br>APPLE INC., a California Corporation,<br><br>　　　　Defendant and Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW<br><br>**STIPULATED MOTION TO EXTEND THE DATE FOR THE ADR SESSION AND [PROPOSED] ORDER**<br><br>Judge:　　　Hon. Claudia Wilken |

1  Plaintiff Affinity Labs of Texas, LLC ("Affinity") and defendant Apple Inc. ("Apple"),
2  through their respective attorneys of record, hereby request that the Court extend the date of the
3  ADR Session to the date set forth below.
4  An Initial Case Management Conference was held in this case on April 29, 2010. An
5  initial schedule was set forth in the Minute Order and Case Management Order filed on April 29,
6  2010, providing that an ADR Session be held by June 23, 2010, or as soon thereafter as is
7  convenient to the mediator's schedule. The parties have engaged Judge Edward A. Infante (Ret.)
8  at JAMS to conduct private mediation and scheduled an ADR Session for August 12, 2010.
9  Thus, the parties propose that the current deadline for the ADR Session be extended to August 12,
10 2010.
11  The parties represent that this extension will not delay any other dates set forth in the
12 current schedule. Accordingly, the parties stipulate and request that the Court order the following
13 deadlines for the following case event:

| Event | Date |
| --- | --- |
| ADR Session | August 12, 2010 |

Dated: June 21, 2010                    Respectfully submitted,

                                By:     */s/ Matthew C. Gaudet*
                                        Matthew C. Gaudet

                                        Richard L. Seabolt (S.B. #67469)
                                        rlseabolt@duanemorris.com
                                        DUANE MORRIS LLP
                                        Spear Tower, One Market Plaza, Suite 2200
                                        San Francisco, CA  94105-1127
                                        Telephone::  415.957.3000
                                        Facsimile:  415.957.3001

                                        L. Norwood Jameson (admitted *pro hac vice*)
                                        wjameson@duanemorris.com
                                        Matthew C. Gaudet (admitted *pro hac vice*)

CASE NO. C-09-04436 CW                 - 1 -                    STIPULATED MOTION TO EXTEND
NB1:799267.1                                                    ADR SESSION DATE

```
                                        mcgaudet@duanemorris.com
                                        Stephanie A. Hansen (admitted *pro hac vice*)
                                        sahansen@duanemorris.com
                                        DUANE MORRIS LLP
                                        1180 West Peachtree Street, Suite 700
                                        Atlanta GA  30309-3448
                                        Telephone:  404.253.6900
                                        Facsimile:  404.253.6901

                                        Thomas W. Sankey (admitted *pro hac vice*)
                                        twsankey@duanemorris.com
                                        DUANE MORRIS LLP
                                        3200 Southwest Freeway, Suite 3150
                                        Houston, TX  77027-7534
                                        Telephone:  713.402.3900
                                        Facsimile:  713.402.3901

                                        Brian McQuillen (admitted *pro hac vice*)
                                        bmcquillen@duanemorris.com
                                        DUANE MORRIS LLP
                                        1540 Broadway
                                        New York, NY 10036-4086
                                        Telephone:  212.692.1000
                                        Facsimile:  212.692.1020

                                        Attorneys for Plaintiff
                                        AFFINITY LABS OF TEXAS, LLC


Dated:  June 21, 2010        By:            */s/ Darin J. Glasser*
                                                Darin J. Glasser

                                        GEORGE A. RILEY (S.B. #118304)
                                        griley@omm.com
                                        O'MELVENY & MYERS LLP
                                        Two Embarcadero Center, 28th Floor
                                        San Francisco, California  94111-3823
                                        Telephone:      (415) 984-8700
                                        Facsimile:       (415) 984-8701

                                        RYAN K. YAGURA (S.B. #197619)
                                        ryagura@omm.com
                                        NICHOLAS J. WHILT (S.B. #247738)
                                        nwhilt@omm.com
                                        O'MELVENY & MYERS LLP
                                        400 South Hope Street
                                        Los Angeles, California  90071-2899
```

| CASE NO. C-09-04436 CW<br>NB1:799267.1 | - 2 - | STIPULATED MOTION TO EXTEND<br>ADR SESSION DATE |
|---|---|---|

|   |   |
|---|---|
| Telephone: | (213) 430-6000 |
| Facsimile: | (213) 430-6407 |

DARIN J. GLASSER (S.B. #223788)
dglasser@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California  92660

|   |   |
|---|---|
| Telephone: | (949) 760-9600 |
| Facsimile: | (949) 823-6994 |

Attorneys for Defendant and Counterclaim-Plaintiff Apple Inc.

## CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, Darin J. Glasser, attest that the above signatory for the plaintiff has concurred and consented to the filing of this document.

Dated: June 21, 2010

*/s/ Darin J. Glasser*
Darin J. Glasser

## PURSUANT TO STIPULATION IT IS ORDERED THAT

The parties to this action will comply with the date set forth in the accompanying Stipulated Motion.

Dated: June  22, 2010

Honorable Claudia Wilken
U.S. DISTRICT COURT JUDGE

---

CASE NO. C-09-04436 CW
NB1:799267.1

- 3 -

STIPULATED MOTION TO EXTEND
ADR SESSION DATE