1  Richard L. Seabolt, Esq. (SBN 67469)
   rlseabolt@duanemorris.com
2  DUANE MORRIS LLP
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA  94105-1127
4  Telephone: 415.957.3000
   Facsimile:  415.957.3001
5
   Attorneys for Plaintiff,
6  AFFINITY LABS OF TEXAS, LLC

7  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, California  94111-3823
   Telephone:  415.984.8700
10 Facsimile:  415.984.8701

11 Attorneys for Defendant and Counterclaim-Plaintiff
   APPLE INC.
12

13                     **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
14                            **OAKLAND DIVISION**

15 | AFFINITY LABS OF TEXAS, LLC., a | CASE NO. CV 09-4436-CW |
   | Texas Limited Liability Company, | |
16 | | **CIVIL LOCAL RULE 6-2(a)** |
   |       Plaintiff and | **STIPULATION AND [PROPOSED]** |
17 |       Counterclaim-Defendant, | **ORDER** |
18 | v. | Judge:   Hon. Claudia Wilken |
19 | APPLE INC., a California Corporation, | |
20 |       Defendant and | |
   |       Counterclaim-Plaintiff. | |
21

1  IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") as follows:

WHEREAS, Affinity served Patent Local Rule 3-1 Infringement Contentions on May 10, 2010, pursuant to the deadlines dictated by the Joint Rule 26(f) report (Docket No. 54) and the Minute Order and Case Management Order (Docket No. 64).

WHEREAS, Affinity indicated to Apple that it would seek leave from the Court (pursuant to Patent Local Rule 3-6) to serve amended Patent Local Rule 3-1 Infringement Contentions, asserting two additional claims of U.S. Patent No. 7,187,947, and Apple agreed not to oppose Affinity's efforts to amend its Infringement Contentions;

WHEREAS, pursuant to the Joint Rule 26(f) report (Docket No. 54) and the Minute Order and Case Management Order (Docket No. 64), Apple is required to serve by June 24, 2010, its Patent Local Rule 3-3 Invalidity Contentions and its Patent Local Rule 3-4 Document Production Accompanying the Invalidity Contentions;

WHEREAS, Apple indicated to Affinity that although Apple is working diligently to meet the current deadlines, Apple needs additional time to complete its Patent Local Rule 3-3 Invalidity Contentions and its Patent Local Rule 3-4 Document Production Accompanying the Invalidity Contentions;

WHEREAS, Affinity and Apple wish to modify the current schedule to allow Apple additional time to complete its Patent Local Rule 3-3 Invalidity Contentions and its Patent Local Rule 3-4 Document Production Accompanying the Invalidity Contentions;

WHEREAS, the parties have not previously sought any time modifications related to the foregoing contentions;

WHEREAS, the parties' proposed modification will not impact the trial date or any other dates in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

Apple shall serve its Patent Local Rule 3-3 Invalidity Contentions and its Patent Local Rule 3-4 Document Production Accompanying the Invalidity Contentions on or before July 19, 2010; and

Affinity shall be permitted to amend its Patent Local Rule 3-1 Infringement Contentions to add dependent claims 11 and 12 of U.S. Patent No. 7,187,947.

Dated:  June 21, 2010

GEORGE A. RILEY
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: */s/ Darin J. Glasser*
　　　　Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated:  June 21, 2010

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP

By: */s/ Matthew C. Gaudet*
　　　　Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

1  Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of
2  this document has been obtained from Richard L. Seabolt.

Dated: June 21, 2010

GEORGE A. RILEY
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: */s/ Darin J. Glasser*
      Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED:


Dated: 6/22/2010

_____
Honorable Claudia Wilken
United States District Judge