1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
3  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701

5  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
6  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
7  O'MELVENY & MYERS LLP
   400 South Hope Street
8  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
9  Facsimile:    (213) 430-6407

10 DARIN J. GLASSER (S.B. #223788)
   dglasser@omm.com
11 O'MELVENY & MYERS LLP
   610 Newport Center Drive
12 Newport Beach, California  92660
   Telephone:    (949) 760-9600
13 Facsimile:    (949) 823-6994

14 Attorneys for Defendant and Counterclaim-Plaintiff
   Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,<br><br>         Plaintiff and<br>         Counterclaim-Defendant,<br><br>   v.<br><br>APPLE INC., a California Corporation,<br><br>         Defendant and<br>         Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW<br><br>**CIVIL LOCAL RULE 6-2(a) STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Judge:  Hon. Claudia Wilken |

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") as follows:

WHEREAS, Affinity served its Patent L.R. 3-1 Infringement Contentions on May 10, 2010, pursuant to the deadline dictated by the Joint Rule 26(f) report (Docket No. 54) and the Minute Order and Case Management Order (Docket No. 64);

WHEREAS, Affinity served its First Amended Infringement Contentions on June 17, 2010, pursuant to the Civil Local Rule 6-2(a) Stipulation and Order (Docket No. 69);

WHEREAS, Apple served its Patent L.R. 3-3 Invalidity Contentions on July 19, 2010, pursuant to the Civil Local Rule 6-2(a) Stipulation and Order (Docket No. 69);

WHEREAS, the parties seek leave pursuant to Patent L.R. 3-6 to amend their respective contentions;

WHEREAS, Apple agrees not to oppose Affinity seeking leave to serve its Second Amended Infringement Contentions adding additional products and clarifying its allegations, and Affinity agrees not to oppose Apple seeking leave to file amended invalidity contentions by a date that will allow Apple to consider Affinity's Second Amended Infringement Contentions and prepare its amended contentions;

WHEREAS, pursuant to the Joint Rule 26(f) report (Docket No. 54) and the Minute Order and Case Management Order (Docket No. 64), Affinity and Apple are required to serve their Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence by December 9, 2010;

WHEREAS, Affinity and Apple are working diligently to meet the current deadline, but need additional time to complete their Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence;

WHEREAS, the parties wish to modify the current schedule to allow the parties to have additional time to complete their Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence;

WHEREAS, the other time modifications in this case include a Stipulation and Order extending the deadline for the parties to have an ADR Session from June 23, 2010 to August 12,

2010 (Docket No. 68), and a Stipulation and Order extending the deadline for Apple to serve Patent L.R. 3-4 Invalidity Contentions from June 24, 2010 to July 19, 2010 (Docket No. 69);

WHEREAS, the parties' proposed modifications will not impact the trial date or any other dates in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. Affinity's Second Amended Infringement Contentions provided to Apple on December 2, 2010 are deemed served;
2. Apple shall serve amended Patent L.R. 3-3 Invalidity Contentions on or before December 24, 2010; and
3. The deadline for the parties to exchange Patent L.R. 4-2 Preliminary Claim Constructions and Extrinsic Evidence shall be extended to December 13, 2010.

| | | |
|---|---|---|
| 1 | Dated:  December 9, 2010 | GEORGE A. RILEY |
| 2 | | RYAN K. YAGURA |
| | | DARIN J. GLASSER |
| 3 | | NICHOLAS J. WHILT |
| 4 | | O'MELVENY & MYERS LLP |
| 5 | | |
| | | By: /s/ Nicholas J. Whilt |
| 6 | | Nicholas J. Whilt |
| 7 | | Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC. |
| 8 | | |
| 9 | Dated:  December 9, 2010 | RICHARD L. SEABOLT |
| | | L. NORWOOD JAMESON |
| 10 | | MATTHEW C. GAUDET |
| 11 | | DUANE MORRIS LLP |
| 12 | | |
| 13 | | By: /s/ Matthew C. Gaudet |
| | | Matthew C. Gaudet |
| 14 | | |
| 15 | | Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC |
| 16 | | |

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Matthew C. Gaudet.

Dated: December 9, 2010

GEORGE A. RILEY
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: /s/ Nicholas J. Whilt
     Nicholas J. Whilt

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: **12/13/2010**

_____
Honorable Claudia Wilken
United States District Judge