1  Richard L. Seabolt, Esq. (SBN 67469)
   DUANE MORRIS LLP
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone:  415.957.3000
4  Facsimile:  415.957.3001
   Email: RLSeabolt@DuaneMorris.com
5
   L. Norwood Jameson (admitted *pro hac vice*)
6  Matthew C. Gaudet (admitted *pro hac vice*)
   DUANE MORRIS LLP
7  Atlantic Center Plaza
   1180 West Peachtree Street N.W., Suite 700
8  Atlanta, GA 30309-3448
   Telephone: 404.253.6982
9  Facsimile: 404.581.5951
   E-Mail: WJameson@DuaneMorris.com
10 E-Mail: MCGaudet@DuaneMorris.com

11 Attorneys for Plaintiff,
   Affinity Labs of Texas, LLC
12

13
14                     **UNITED STATES DISTRICT COURT**
15                     **NORTHERN DISTRICT OF CALIFORNIA**
16                              **OAKLAND DIVISION**

| | |
|---|---|
| 17  AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company, | CASE NO. CV 09-4436-CW |
| 18              Plaintiff and Counterclaim-Defendant, | **CIVIL LOCAL RULE 6-2(a) STIPULATION AND ORDER** |
| 19 | Judge:  Hon. Claudia Wilken |
| 20       v. | |
| 21  APPLE INC., a California Corporation, | |
| 22              Defendant and Counterclaim-Plaintiff. | |

23
24
25
26
27
28

1  IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendant Apple Inc. ("Apple") as follows:

WHEREAS, pursuant to the Joint Rule 26(f) report (Docket No. 54) and the Minute Order and Case Management Order (Docket No. 64), the parties' Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 is due January 13, 2011, the close of fact discovery is scheduled for February 1, 2011, designation of expert witnesses and exchange of initial expert reports is scheduled for February 15, 2011, designation of rebuttal expert witnesses and exchange of rebuttal expert reports is scheduled for March 15, 2011, and the completion of expert discovery is scheduled for April 12, 2011;

WHEREAS, the parties need additional time to complete their discovery obligations, expert reports, and expert discovery;

WHEREAS, the parties seek to set a date by which the parties shall work in good faith to complete their respective document productions;

WHEREAS, the parties seek to set a date by which the parties shall work in good faith to complete fact witness depositions;

WHEREAS, the parties seek to extend the deadline to file the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3;

WHEREAS, the parties wish to modify the current schedule to allow the parties to have additional time to complete their discovery obligations, expert reports, and expert discovery;

WHEREAS, Affinity served its Second Amended Infringement Contentions on December 9, 2010, and Apple wishes to extend the current deadline to serve its Amended Invalidity Contentions;

WHEREAS, the parties' proposed modifications will not impact the trial date, Markman date, dispositive motion date, or any other dates not listed below;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. Apple shall serve amended Patent L.R. 3-3 Invalidity Contentions on or before January 5, 2011;

2. The parties shall work in good faith to complete their respective document productions on or before January 24, 2011;

3. The deadline for the parties to file the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 shall be extended from January 13, 2011 to January 27, 2011;

4. The parties shall work in good faith to complete fact witness depositions on or before March 1, 2011;

5. The close of fact discovery shall be extended from February 1, 2011 to March 11, 2011;

6. The deadline for designation of expert witnesses and exchange of initial expert reports shall be extended from February 15, 2011 to March 15, 2011;

7. The deadline for designation of rebuttal experts and exchange of rebuttal expert reports shall be extended from March 15, 2011 to April 5, 2011;

8. The close of expert discovery shall be extended from April 12, 2011 to April 19, 2011.

Dated: December 21, 2010

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

1 | Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Darin J. Glasser.

Dated:  December 21, 2010

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

Dated:  December 21, 2010

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: */s/ Darin J. Glasser*
    Darin J. Glasser

Attorneys for Defendant APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,


Dated: **12/23/2010**

Honorable Claudia Wilken
United States District Judge

DM1\2444521.1