1   GEORGE A. RILEY (S.B. #118304)
    griley@omm.com
2   DARIN W. SNYDER (S.B. #136003)
    dsnyder@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, California  94111-3823
    Telephone:    (415) 984-8700
5   Facsimile:    (415) 984-8701

6   RYAN K. YAGURA (S.B. #197619)
    ryagura@omm.com
7   NICHOLAS J. WHILT (S.B. #247738)
    nwhilt@omm.com
8   O'MELVENY & MYERS LLP
    400 South Hope Street
9   Los Angeles, California  90071-2899
    Telephone:    (213) 430-6000
10  Facsimile:    (213) 430-6407

11  DARIN J. GLASSER (S.B. #223788)
    dglasser@omm.com
12  O'MELVENY & MYERS LLP
    610 Newport Center Drive
13  Newport Beach, California  92660
    Telephone:    (949) 760-9600
14  Facsimile:    (949) 823-6994

15  Attorneys for Defendant and Counterclaim-Plaintiff
    Apple Inc.

16

17              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
18                  OAKLAND DIVISION

19  AFFINITY LABS OF TEXAS, LLC, a          CASE NO. CV 09-4436-CW
    Texas Limited Liability Company,
20                                          **STIPULATION REGARDING CERTAIN**
            Plaintiff and                   **DOCUMENTS OBTAINABLE FROM**
21          Counterclaim-Defendant,         **THIRD-PARTY ORGANIZATIONS;**
                                            **[PROPOSED] ORDER**
22      v.
                                            Judge:  Hon. Claudia Wilken
23  APPLE INC., a California Corporation,

24          Defendant and
            Counterclaim-Plaintiff.
25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant

2    Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc.

3    ("Apple") as follows:

4    WHEREAS, the European Telecommunications Standards Institute makes certain

5    documents available that Apple obtained and produced in this litigation with bates numbers

6    179Apple-CA0010230 - 0010285, 179Apple-CA0010311 - 0010352, 179Apple-CA0010360 -

7    0010401, 179Apple-CA0010424 - 0010465, and 179Apple-CA0010466 - 0010507 (collectively,

8    the "GSM Technical Documents");

9    WHEREAS, Bluetooth SIG, Inc. makes certain documents available that Apple obtained

10   and produced in this litigation with bates numbers 179Apple-CA0008666 - 0009747 and

11   179Apple-CA0009763 – 0010202 (collectively, the "Bluetooth Technical Documents");

12   WHEREAS, Apple's Patent L.R. 3-3 Invalidity Contentions identify the GSM and

13   Bluetooth Technical Documentation as prior art to the asserted patents;

14   NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

15   PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE

16   APPROVAL OF THE COURT, AS FOLLOWS:

17       1.  The GSM and Bluetooth Technical Documents are authentic under Federal Rule of

18          Evidence 901;

19       2.  The GSM and Bluetooth Technical Documents are records of regularly conducted

20          activity under Federal Rule of Evidence 803(6);

21       3.  The GSM Technical Document titled "Digital cellular telecommunications system

22          (Phase 2+); General Packet Radio Service (GPRS); Overall description of the

23          GPRS radio interface; Stage 2 (GSM 03.64 version 6.0.1 Release 1997)" and bates

24          numbered 179Apple-CA0010230 - 0010285 constitutes a "printed publication" as

25          the term is used in 35 U.S.C. § 102 and was a printed publication as of August

26          1998;

27       4.  The GSM Technical Document titled "Digital cellular telecommunications system

28          (Phase 2+); General Packet Radio Service (GPRS); Overall description of the

GPRS radio interface; Stage 2 (GSM 03.64 version 6.1.0 Release 1997)" and bates numbered 179Apple-CA0010311 - 0010352 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication as of October 1998;

5. The GSM Technical Document titled "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Overall description of the GPRS radio interface; Stage 2 (GSM 03.64 version 6.2.0 Release 1997)" and bates numbered 179Apple-CA0010360 - 0010401 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication as of May 1999;

6. The GSM Technical Document titled "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Overall description of the GPRS radio interface; Stage 2 (GSM 03.64 version 6.3.0 Release 1997)" and bates numbered 179Apple-CA0010424 - 0010465 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication as of July 1999;

7. The GSM Technical Document titled "Digital cellular telecommunications system (Phase 2+); General Packet Radio Service (GPRS); Overall description of the GPRS radio interface; Stage 2 (GSM 03.64 version 7.0.0 Release 1997)" and bates numbered 179Apple-CA0010466 - 0010507 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication as of July 1999; and

8. The Bluetooth Technical Documents titled "Specification of the Bluetooth System," Version 1.0B, Volumes 1 and 2, and bates numbered 179Apple-CA0008666 - 0009747 and 179Apple-CA0009763 - 0010202 constitute a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication as of December 1, 1999.

STIPULATION RE CERTAIN DOCUMENTS
OBTAINABLE FROM THIRD-PARTY
ORGANIZATIONS; [~~PROPOSED~~] ORDER

1   Dated:  January 11, 2011                    GEORGE A. RILEY
                                                DARIN W. SNYDER
2                                               RYAN K. YAGURA
                                                DARIN J. GLASSER
3                                               NICHOLAS J. WHILT

4                                               O'MELVENY & MYERS LLP

5

6                                               By:  /s/ Nicholas J. Whilt
                                                        Nicholas J. Whilt
7
                                                Attorneys for Defendant and Counterclaim-
8                                               Plaintiff APPLE INC.

9
    Dated:  January 11, 2011                    RICHARD L. SEABOLT
10                                              L. NORWOOD JAMESON
                                                MATTHEW C. GAUDET
11                                              BRIAN MCQUILLEN

12                                              DUANE MORRIS LLP

13

14                                              By:  /s/ Brian McQuillen
                                                        Brian McQuillen
15

16                                              Attorneys for Plaintiff and Counterclaim-
                                                Defendant AFFINITY LABS OF TEXAS,
17                                              LLC

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2    this document has been obtained from Brian McQuillen.

3

4    Dated:  January 11, 2011                          GEORGE A. RILEY
                                                        DARIN W. SNYDER
                                                        RYAN K. YAGURA
5                                                       DARIN J. GLASSER
                                                        NICHOLAS J. WHILT
6
                                                        O'MELVENY & MYERS LLP
7

8
                                                        By:  /s/ Nicholas J. Whilt
9                                                            Nicholas J. Whilt

10                                                      Attorneys for Defendant and Counterclaim-
                                                        Plaintiff APPLE INC.
11

12

13   PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15   Dated: **1/14/2011**

16                                                      Honorable Claudia Wilken
                                                        United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

CV 09-4436-CW                          - 4 -                 STIPULATION RE CERTAIN DOCUMENTS
                                                             OBTAINABLE FROM THIRD-PARTY
                                                             ORGANIZATIONS; [PROPOSED] ORDER