1 | Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
2 | One Market Plaza, Suite 2200
Spear Tower
3 | San Francisco, CA  94105-1127
Telephone: 415.957.3000
4 | Facsimile:  415.957.3001

5 | L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
6 | **DUANE MORRIS LLP**
1180 West Peachtree Street, Suite 700
7 | Atlanta GA  30309-3448
Telephone:  404.253.6900
8 | Facsimile:  404.253.6901

9 | RLSeabolt@DuaneMorris.com
WJameson@DuaneMorris.com
10 | MCGaudet@DuaneMorris.com

11 | Attorneys for Plaintiff,
AFFINITY LABS OF TEXAS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| AFFINITY LABS OF TEXAS, LLC, | Case No.: 4:09-cv-04436-CW |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF AFFINITY LABS OF TEXAS, LLC'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE** |
| v. | |
| APPLE INC., | Date: January 27, 2011
Time: 2:00 pm
Judge: Hon. Claudia Wilken |
| Defendant. | |

[~~PROPOSED~~] ORDER ~~GRANTING~~ PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE
DENYING
09-cv-4436-CW

1  The Court, having considered Plaintiff Affinity Labs of Texas, LLC's ("Affinity") Motion
2  for Leave to Appear by Telephone, hereby **DENIES** Affinity's Motion **as moot**. **The motion will**
3  **be decided on the papers.  The hearing is vacated.**

4
5  IT IS SO ORDERED.

6  Date:  __1/24/2011__                              _/s/ Claudia Wilken_
7                                                   Hon. Claudia Wilken
                                                    United States District Court Judge

DM1\2472014.1

[PROPOSED] ORDER ~~GRANTING~~ **DENYING** PLAINTIFF'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE
09-cv-4436-CW