1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
7  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:     (213) 430-6000
10 Facsimile:     (213) 430-6407

11 DARIN J. GLASSER (S.B. #223788)
   dglasser@omm.com
12 O'MELVENY & MYERS LLP
   610 Newport Center Drive
13 Newport Beach, California  92660
   Telephone:     (949) 760-9600
14 Facsimile:     (949) 823-6994

15 Attorneys for Defendant and Counterclaim-Plaintiff
   Apple Inc.
16

17                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
18                        **OAKLAND DIVISION**

19 | AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company, | CASE NO. CV 09-4436-CW |
20 | | **CIVIL LOCAL RULE 6-2(a) STIPULATION AND ORDER** |
21 | Plaintiff and Counterclaim-Defendant, | |
22 | v. | Judge: Hon. Claudia Wilken |
23 | APPLE INC., a California Corporation, | |
24 | Defendant and Counterclaim-Plaintiff. | |

CV 09-4436-CW                                    CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                 AND [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") as follows:

WHEREAS, pursuant to Civil Local Rule 6-2(a) Stipulation and Order (entered by the Court December 23, 2010 at Dkt. No. 82), the deadline for the parties to file the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 is currently January 27, 2011;

WHEREAS, Affinity and Apple are working diligently to meet the current deadline, but need additional time to complete their submission;

WHEREAS, the parties wish to modify the current schedule to allow the parties to have additional time to complete their Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement;

WHEREAS, the other time modifications in this case include a Stipulation and Order extending the deadline for the parties to have an ADR Session from June 23, 2010 to August 12, 2010 (Dkt. No. 68); a Stipulation and Order extending the deadline for Apple to serve Patent L.R. 3-4 Invalidity Contentions from June 24, 2010 to July 19, 2010 (Dkt. No. 69); and a Stipulation and Order (1) extending the deadline for the parties to file the Joint Claim Construction and Prehearing Statement from January 13, 2011, to January 27, 2011; (2) extending the deadline for the parties to complete fact discovery from February 1, 2011, to March 11, 2011; (3) extending the deadline for designation of expert witnesses and exchange of initial expert reports from February 15, 2011, to March 15, 2011; (4) extending the deadline for designation of rebuttal experts witnesses and exchange of rebuttal expert reports from March 15, 2011, to April 5, 2011; and (5) extending the close of expert discovery from April 12, 2011, to April 19, 2011 (Dkt. No. 82);

WHEREAS, the parties' proposed modification will not impact the trial date or any other dates in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

CV 09-4436-CW — - 1 - — CIVIL LOCAL RULE 6-2(a) STIPULATION AND [PROPOSED] ORDER

1. The deadline for the parties to file the Joint Claim Construction and Prehearing Statement pursuant to Patent L.R. 4-3 shall be extended from January 27, 2011, to February 24, 2011.

Dated: January 26, 2011

GEORGE A. RILEY
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: */s/ Darin J. Glasser*
       Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated: January 26, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP

By: */s/ Matthew C. Gaudet*
       Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

1     Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of
2 this document has been obtained from Matthew C. Gaudet.

Dated:  January 26, 2011

    GEORGE A. RILEY
    DARIN W. SNYDER
    RYAN K. YAGURA
    DARIN J. GLASSER
    NICHOLAS J. WHILT

    O'MELVENY & MYERS LLP

    By:  */s/ Darin J. Glasser*
          Darin J. Glasser

    Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: **2/3/2011**

    Honorable Claudia Wilken
    United States District Judge