Richard L. Seabolt, Esq. (SBN 67469)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
DUANE MORRIS LLP
Atlantic Center Plaza
1180 West Peachtree Street N.W., Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6982
Facsimile: 404.581.5951
E-Mail: wjameson@duanemorris.com
E-Mail: mcgaudet@duanemorris.com

Attorneys for Plaintiff, Affinity Labs of Texas, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,<br><br>       Plaintiff and<br>       Counterclaim-Defendant,<br><br>   v.<br><br>APPLE INC., a California Corporation,<br><br>       Defendant and<br>       Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW<br><br>**CIVIL LOCAL RULE 6-2(a)**<br>**STIPULATION AND ORDER**<br><br>Judge:  Hon. Claudia Wilken |

IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendant Apple Inc. ("Apple") as follows:

WHEREAS, pursuant to the Civil Local Rule 6-2(a) Stipulation and Order entered December 23, 2010 (Docket No. 82), designation of expert witnesses and exchange of initial expert reports is scheduled for March 15, 2011, designation of rebuttal expert witnesses and exchange of rebuttal expert reports is scheduled for April 5, 2011, and the completion of expert discovery is scheduled for April 19, 2011;

WHEREAS, the parties need additional time to complete discovery on the issue of damages and prepare expert reports on the issue of damages;

WHEREAS, the parties' proposed modifications will not impact the trial date, Markman date, dispositive motion date, or any other dates not listed below;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The deadline for designation of expert witnesses on the issue of damages and exchange of initial expert reports on the issue of damages shall be extended from March 15, 2011 to April 1, 2011;
2. The deadline for designation of rebuttal experts on the issue of damages and exchange of rebuttal expert reports on the issue of damages shall be extended from April 5, 2011 to April 29, 2011;
3. The close of expert discovery on the issue of damages shall be extended from April 19, 2011 to May 20, 2011.

1  Dated:  February 17, 2011         RICHARD L. SEABOLT
2                                    L. NORWOOD JAMESON
                                     MATTHEW C. GAUDET
3
                                     DUANE MORRIS LLP
4

5
                                     By: /s/ *Matthew C. Gaudet*
6                                         Matthew C. Gaudet

7                                    Attorneys for Plaintiff AFFINITY LABS OF
                                     TEXAS, LLC
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 09-4436-CW                  - 2 -         CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                     AND [PROPOSED] ORDER

1  Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of
2  this document has been obtained from Darin J. Glasser.

4  Dated:  February 17, 2011                    RICHARD L. SEABOLT
                                                L. NORWOOD JAMESON
5                                               MATTHEW C. GAUDET

6                                               DUANE MORRIS LLP

8                                               By: /s/ *Matthew C. Gaudet*
                                                     Matthew C. Gaudet
9
                                                Attorneys for Plaintiff AFFINITY LABS OF
10                                              TEXAS, LLC

12
13 Dated:  February 17, 2011                    GEORGE A. RILEY
                                                DARIN W. SNYDER
                                                RYAN K. YAGURA
14                                              DARIN J. GLASSER
                                                NICHOLAS J. WHILT
15
16                                              O'MELVENY & MYERS LLP

17
18                                              By: /s/ *Darin J. Glasser*
                                                     Darin J. Glasser
19                                              Attorneys for Defendant APPLE INC.

23 PURSUANT TO STIPULATION, IT IS SO ORDERED,

25 Dated:  **2/18/2011**                        _____
                                                Honorable Claudia Wilken
26                                              United States District Judge

CV 09-4436-CW                 - 3 -             CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                       AND [~~PROPOSED~~] ORDER