1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:     (415) 984-8700
5  Facsimile:     (415) 984-8701

6  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
7  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:     (213) 430-6000
10 Facsimile:     (213) 430-6407

11 DARIN J. GLASSER (S.B. #223788)
   dglasser@omm.com
12 O'MELVENY & MYERS LLP
   610 Newport Center Drive
13 Newport Beach, California  92660
   Telephone:     (949) 760-9600
14 Facsimile:     (949) 823-6994

15 Attorneys for Defendant and Counterclaim-Plaintiff
   Apple Inc.
16

17                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
18                            **OAKLAND DIVISION**

19 AFFINITY LABS OF TEXAS, LLC, a            CASE NO. CV 09-4436-CW
   Texas Limited Liability Company,
20                                            **CIVIL LOCAL RULE 6-2(a)**
                Plaintiff and                 **STIPULATION AND ORDER**
21              Counterclaim-Defendant,
                                              Judge: Hon. Claudia Wilken
22       v.

23 APPLE INC., a California Corporation,

24              Defendant and
                Counterclaim-Plaintiff.
25

26

27

28

   CV 09-4436-CW                              CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                       AND [~~PROPOSED~~] ORDER

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant
2  Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc.
3  ("Apple") as follows:
4    WHEREAS, pursuant to Civil Local Rule 6-2(a) Stipulation and Order (entered by the
5  Court on February 3, 2011 at Dkt. No. 97), the deadline for the parties to file the Joint Claim
6  Construction and Prehearing Statement pursuant to Patent L.R. 4-3 is currently February 24,
7  2011;
8    WHEREAS, Affinity and Apple are working diligently to meet the current deadline, but
9  need additional time to complete their submission;
10   WHEREAS, the parties wish to modify the current schedule to allow the parties additional
11 time to complete their Patent L.R. 4-3 Joint Claim Construction and Prehearing Statement;
12   WHEREAS, the other time modifications in this case include a Stipulation and Order
13 extending the deadline for the parties to have an ADR Session from June 23, 2010 to August 12,
14 2010 (Dkt. No. 68); a Stipulation and Order extending the deadline for Apple to serve Patent L.R.
15 3-4 Invalidity Contentions from June 24, 2010 to July 19, 2010 (Dkt. No. 69); a Stipulation and
16 Order (1) extending the deadline for the parties to file the Joint Claim Construction and
17 Prehearing Statement from January 13, 2011 to January 27, 2011, (2) extending the deadline for
18 the parties to complete fact discovery from February 1, 2011 to March 11, 2011, (3) extending the
19 deadline for designation of expert witnesses and exchange of initial expert reports from February
20 15, 2011 to March 15, 2011, (4) extending the deadline for designation of rebuttal experts
21 witnesses and exchange of rebuttal expert reports from March 15, 2011 to April 5, 2011, and (5)
22 extending the close of expert discovery from April 12, 2011 to April 19, 2011 (Dkt. No. 82); a
23 Stipulation and Order extending the deadline for the parties to file the Joint Claim Construction
24 and Prehearing Statement from January 27, 2011 to February 24, 2011 (Dkt. No. 97); and a
25 Stipulation and Order (1) extending the deadline for designation of expert witnesses on the issue
26 of damages and exchange of initial expert reports on the issue of damages from March 15, 2011
27 to April 1, 2011, (2) extending the deadline for designation of rebuttal experts on the issue of
28 damages and exchange of rebuttal expert reports on the issue of damages from April 5, 2011 to

1  April 29, 2011, and (3) extending the close of expert discovery on the issue of damages from
2  April 19, 2011 to May 20, 2011 (Dkt. No. 104);

3  WHEREAS, the parties' proposed modification will not impact the trial date or any other
4  dates in this action;

5  NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
6  PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE
7  APPROVAL OF THE COURT, AS FOLLOWS:

8  1. The deadline for the parties to file the Joint Claim Construction and Prehearing
9     Statement pursuant to Patent L.R. 4-3 shall be extended from February 24, 2011, to
10    March 1, 2011.

Dated:  February 24, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: /s/ Darin J. Glasser
       Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated:  February 24, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP


By: /s/ Matthew C. Gaudet
       Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Matthew C. Gaudet.

Dated:  February 24, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By:  Darin J. Glasser
         Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 3/1/2011

Honorable Claudia Wilken
United States District Judge