IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC., a Texas Limited Liability Company,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>  v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant and<br>    Counterclaim-Plaintiff.<br>_____/ | No. C 09-04436 CW<br><br>ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER<br>(DOCKET NO. 94) |

    The present case involves a patent dispute between Plaintiff and Counterclaim-Defendant Affinity Labs of Texas, LLC and Defendant and Counterclaim-Plaintiff Apple, Inc.  On January 27, 2011, Apple moved for leave to file its First Amended Answer, Affirmative Defenses and Counterclaims. Docket No. 94.  Affinity opposes the motion.  This Court held a hearing on the motion on March 3, 2011.  Having considered all of the parties' submissions and oral argument, for the reasons explained at the hearing, the Court finds that Apple has failed to satisfy Federal Rule of Civil Procedure 16 with respect to each of the new defenses it seeks to add.  Therefore the Court DENIES Apple's motion.

    IT IS SO ORDERED.

Dated: 3/4/2011

                                  CLAUDIA WILKEN<br>                                  United States District Judge