IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY LABS OF TEXAS,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC,<br><br>    Defendant.<br>_____/ | No. C 09-04436 CW<br><br>ORDER OF <u>REFERENCE TO MAGISTRATE JUDGE</u> |

Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Motion for Protective Order by Non-Party AT&T Mobility LLC and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Hearing date of April 7, 2011, is vacated. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/4/2011

                                      CLAUDIA WILKEN
                                    United States District Judge

cc: Sue; Assigned M/J w/mo.