GEORGE A. RILEY (S.B. #118304)
griley@omm.com
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

DARIN J. GLASSER (S.B. #223788)
dglasser@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California  92660
Telephone:    (949) 760-9600
Facsimile:    (949) 823-6994

Attorneys for Defendant and Counterclaim-Plaintiff
Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,<br><br>　　　　　Plaintiff and<br>　　　　　Counterclaim-Defendant,<br><br>　　v.<br><br>APPLE INC., a California Corporation,<br><br>　　　　　Defendant and<br>　　　　　Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW<br><br>**STIPULATION REGARDING SONY MINIDISC RECORDER, MINIDISC RECORDER USER MANUAL, AND LAPTOP USER GUIDE; ORDER**<br><br>Judge:  Hon. Claudia Wilken |

1  IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc. ("Apple") as follows:

WHEREAS, Apple obtained and has made available to Affinity for inspection samples of a product called the Sony Portable MiniDisc Recorder (Model Number MZ-R55) shown in pictures produced in this case with bates numbers 179Apple-CA0021112 - 179Apple-CA0021117, 179Apple-CA0021120 - 179Apple-CA0021127, 179Apple-CA00207582 - 179Apple-CA00207586, 179Apple-CA00207589, 179Apple-CA00207670, and 179Apple-CA00207698 - 179Apple-CA00207702 ("Sony MZ-R55 MiniDisc Recorder");

WHEREAS, Apple obtained and has made available to Affinity for inspection samples of a remote control unit (Model Number RM-MZR55) for the Sony MZ-R55 MiniDisc Recorder shown in pictures produced in this case with bates numbers 179Apple-CA0021112, 179Apple-CA0021118 - 179Apple-CA0021127, 179Apple-CA00207587 - 179Apple-CA00207589, and 179Apple-CA207671 ("Sony RM-MZR55 Remote Control");

WHEREAS, Apple produced Operating Instructions for the Sony MZ-R55 MiniDisc Recorder with bates numbers 179AppleCA0021450 - 179AppleCA0021491 (the "Sony MZ-R55 MiniDisc Recorder Operating Instructions");

WHEREAS, the Sony MZ-R55 MiniDisc Recorder was packaged for sale in this country in 1998 with the Sony RM-MZR55 Remote Control and Sony MZ-R55 MiniDisc Recorder Operating Instructions;

WHEREAS, Apple produced the Sony VAIO Notebook Computer User Guide PCG-731/PCG-735 with bates numbers 179AppleCA0012891 - 179AppleCA0013021 (the "Sony PCG-731/PCG-735 Laptop User Guide");

WHEREAS, Apple's Patent L.R. 3-3 Invalidity Contentions identify the Sony MZ-R55 Portable MiniDisc Recorder, Sony RM-MZR55 Remote Control, Sony MZ-R55 MiniDisc Recorder Operating Instructions, and the Sony PCG-731/PCG-735 VAIO Notebook Computer User Guide as prior art to the asserted patents;

CV 09-4436-CW - 1 - STIPULATION RE SONY MINIDISC, MINIDISC USER MANUAL, AND LAPTOP USER MANUAL; [PROPOSED] ORDER

1   NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
2  PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE
3  APPROVAL OF THE COURT, AS FOLLOWS:

4   1. The Sony MZ-R55 MiniDisc Recorders, Sony RM-MZR55 Remote Controls, Sony MZ-R55 MiniDisc Recorder Operating Instructions, and Sony PCG-731/PCG-735 Laptop User Guide are authentic under Federal Rule of Evidence 901;

7   2. The Sony MZ-R55 MiniDisc Recorder Operating Instructions and Sony PCG-731/PCG-735 Laptop User Guide are records of regularly conducted activity under Federal Rule of Evidence 803(6);

10  3. The Sony MZ-R55 MiniDisc Recorders made available to Affinity for inspection and shown in pictures produced with bates numbers 179Apple-CA0021112 - 179Apple-CA0021117, 179Apple-CA0021120 - 179Apple-CA0021127, 179Apple-CA00207582 - 179Apple-CA00207586, 179Apple-CA00207589, 179Apple-CA00207670, and 179Apple-CA00207698 - 179Apple-CA00207702 were "on sale in this country" and "in public use . . . in this country," as these terms are used in 35 U.S.C. § 102, in 1998;

17  4. The Sony RM-MZR55 Remote Controls made available to Affinity for inspection and shown in pictures produced with bates numbers 179Apple-CA0021112, 179Apple-CA0021118 - 179Apple-CA0021127, 179Apple-CA00207587 - 179Apple-CA00207589, and 179Apple-CA207671 ("Sony RM-MZR55 Remote Control") were "on sale in this country" and "in public use . . . in this country," as these terms are used in 35 U.S.C. § 102, in 1998;

23  5. The MZ-R55 MiniDisc Recorder Operating Instructions titled "Sony Portable MiniDisc Recorder Operating Instructions" and bates numbered 179AppleCA0021450 - 179AppleCA0021491 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication in 1998;

27  6. The Sony MZ-R55 MiniDisc Recorder, Sony RM-MZR55 Remote Control, and Sony MZ-R55 MiniDisc Recorder Operating Instructions were bundled and

<8

collectively "on sale in this country" and "in public use . . . in this country," as these terms are used in 35 U.S.C. § 102, in 1998; and

7. The Sony PCG-731/PCG-735 Laptop User Guide titled "Sony VAIO Notebook Computer User Guide PGC-731/PCG-735" and bates numbered 179AppleCA0012891 - 179AppleCA0013021 constitutes a "printed publication" as the term is used in 35 U.S.C. § 102 and was a printed publication in 1998.

Dated: March 3, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: */s/ Nicholas J. Whilt*
      Nicholas J. Whilt

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated: March 3, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET
BRIAN MCQUILLEN
JORDAN T. FOWLES

DUANE MORRIS LLP

By: */s/ Jordan T. Fowles*
      Jordan T. Fowles

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

1     Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2 this document has been obtained from Jordan T. Fowles.

4 Dated: March 3, 2011                                          GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: */s/ Nicholas J. Whilt*
      Nicholas J. Whilt

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

13 PURSUANT TO STIPULATION, IT IS SO ORDERED:

15 Dated: **3/7/2011**

Honorable Claudia Wilken
United States District Judge

---