IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY LABS OF TEXAS,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC,<br><br>        Defendant.<br>_____/ | No. C 09-04436 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

   Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Non-Party Facebook Inc.'s Motion for Protective Order and **all further discovery motions** filed in the above-captioned case are referred to Magistrate Judge James Larsen.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge. Hearing noticed for Thursday, April 7, 2011 is vacated.

Dated: 3/9/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

cc: Sue; JL.