1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DARIN W. SNYDER (S.B. #136003)
   dsnyder@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
5  Facsimile:    (415) 984-8701

6  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
7  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
10 Facsimile:    (213) 430-6407

11 DARIN J. GLASSER (S.B. #223788)
   dglasser@omm.com
12 O'MELVENY & MYERS LLP
   610 Newport Center Drive
13 Newport Beach, California  92660
   Telephone:    (949) 760-9600
14 Facsimile:    (949) 823-6994

15 Attorneys for Defendant and Counterclaim-Plaintiff
   Apple Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,<br><br>    Plaintiff and<br>    Counterclaim-Defendant,<br><br>    v.<br><br>APPLE INC., a California Corporation,<br><br>    Defendant and<br>    Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW<br><br>**STIPULATION REGARDING SUFFICIENCY OF CERTAIN INTERROGATORY RESPONSES AND EXPERT DISCOVERY; ORDER**<br><br>Judge: Hon. Claudia Wilken |

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant
Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc.
("Apple") as follows:

WHEREAS, a disagreement has arisen as to the sufficiency of Affinity's response to
Apple Interrogatory No. 8 and the sufficiency of Apple's response to Affinity Interrogatory
No. 3;

WHEREAS, a disagreement has arisen concerning when Apple made source code
available for Affinity's inspection; and

WHEREAS, the parties have reached agreement on how to proceed with supplemental
expert reports and expert depositions in resolution of these disagreements, as described below:

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE
APPROVAL OF THE COURT, AS FOLLOWS:

1. Apple shall continue to make the source code available to Affinity and/or its experts after serving Apple's rebuttal expert report on infringement so that (if Affinity chooses) Affinity's expert (or a colleague authorized under the Protective Order) can inspect Apple's source code.  Affinity shall be entitled to serve a supplemental expert report by April 22, 2011, based solely upon Affinity's expert's review of source code set forth in this paragraph and limited in scope to rebutting positions set forth in Apple's rebuttal expert report based on Apple's source code;

2. Affinity served on Apple on Friday, March 18, 2011, a supplemental response to Apple Interrogatory No. 8 identifying all grounds of which Affinity was aware that support Affinity's contention that there are secondary indicia of non-obviousness.  Affinity's expert report on validity to be served on April 12, 2011, shall also address the issue of secondary indicia of non-obviousness. Apple shall be entitled to serve a supplemental expert report by April 22, 2011,

CV 09-4436-CW    - 1 -    STIPULATION RE SUFFICIENCY OF CERTAIN INTERROGATORY RESPONSES AND EXPERT DISCOVERY; [PROPOSED] ORDER

on the issue of validity limited in scope to rebutting positions set forth in Affinity's expert report on the issue of secondary indicia of non-obviousness;

3. Neither Affinity's nor Apple's expert shall be required to disclose in a written report any rebuttal to the supplemental reports on the issues of secondary indicia of non-obviousness or infringement, respectively. Both experts shall be required to disclose any such rebuttal testimony in response to questions in deposition and such rebuttal shall not include new opinions beyond those disclosed in the expert's written reports; and

4. The parties agree to move the close of expert discovery to May 3, 2011 to complete the depositions of Affinity's and Apple's technical expert(s).

Dated: April 11, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: /s/ *Darin J. Glasser*
      Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

Dated: April 11, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET
BRIAN MCQUILLEN

DUANE MORRIS LLP


By: /s/ *Matthew C. Gaudet*
      Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

CV 09-4436-CW      - 2 -      STIPULATION RE SUFFICIENCY OF CERTAIN INTERROGATORY RESPONSES AND EXPERT DISCOVERY; [PROPOSED] ORDER

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Matt Gaudet.

Dated: April 11, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: /s/ *Darin J. Glasser*
     Darin J. Glasser

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: **4/11/2011**

Honorable Claudia Wilken
United States District Judge

LA2:927557.2

CV 09-4436-CW     - 3 -     STIPULATION RE SUFFICIENCY OF CERTAIN INTERROGATORY RESPONSES AND EXPERT DISCOVERY; [PROPOSED] ORDER