1   GEORGE A. RILEY (S.B. #118304)
    griley@omm.com
2   DARIN W. SNYDER (S.B. #136003)
    dsnyder@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, California  94111-3823
    Telephone:     (415) 984-8700
5   Facsimile:     (415) 984-8701

6   RYAN K. YAGURA (S.B. #197619)
    ryagura@omm.com
7   NICHOLAS J. WHILT (S.B. #247738)
    nwhilt@omm.com
8   O'MELVENY & MYERS LLP
    400 South Hope Street
9   Los Angeles, California  90071-2899
    Telephone:     (213) 430-6000
10  Facsimile:     (213) 430-6407

11  DARIN J. GLASSER (S.B. #223788)
    dglasser@omm.com
12  O'MELVENY & MYERS LLP
    610 Newport Center Drive
13  Newport Beach, California  92660
    Telephone:     (949) 760-9600
14  Facsimile:     (949) 823-6994

15  Attorneys for Defendant and Counterclaim-Plaintiff
    Apple Inc.
16

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                    OAKLAND DIVISION

19  AFFINITY LABS OF TEXAS, LLC, a          CASE NO. CV 09-4436-CW
    Texas Limited Liability Company,
20                                          STIPULATION REGARDING
            Plaintiff and                   MODIFICATION OF BRIEFING
21          Counterclaim-Defendant,         SCHEDULE AND DISPOSITIVE MOTION
                                            AND CLAIM CONSTRUCTION HEARING;
22      v.                                  ORDER

23  APPLE INC., a California Corporation,   Judge:  Hon. Claudia Wilken

24          Defendant and
            Counterclaim-Plaintiff.
25

26

27

28

CV 09-4436-CW

1    IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant

2  Affinity Labs of Texas, LLC ("Affinity") and Defendant and Counterclaim-Plaintiff Apple Inc.

3  ("Apple") as follows:

4    WHEREAS, the parties prefer to depose technical experts prior to completion of briefing

5  on dispositive motions and claim construction;

6    WHEREAS, although the parties are working diligently to meet the current case deadlines,

7  the parties need additional time to complete depositions of expert witnesses based on the

8  availability of one or more experts;

9    WHEREAS, Affinity and Apple wish to modify the current briefing schedule on

10 dispositive motions and claim construction, which modification necessarily impacts the hearing

11 date for such motions;

12   WHEREAS, the parties have reached agreement on how to proceed regarding the briefing

13 schedule and have confirmed that the proposed dispositive motion and claim construction hearing

14 date is available on the Court's calendar;

15   WHEREAS, the parties' proposed modifications will not impact the trial date;

16   NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

17 PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE

18 APPROVAL OF THE COURT, AS FOLLOWS:

19     1.  Affinity's claim construction and case dispositive motion shall be due by May

20        6, 2011 (formerly April 26, 2011);

21     2.  Apple's opposition to Affinity's motion and case dispositive motion shall be

22        due by May 24, 2011 (formerly May 10, 2011);

23     3.  Affinity's reply and opposition to Apple's case dispositive motion shall be due

24        by June 2, 2011 (formerly May 17, 2011);

25     4.  Apple's reply shall be due by June 9, 2011 (formerly May 24, 2011);

26     5.  The parties respectfully request that the hearing on dispositive motions and

27        claim construction occur on June 23, 2011 (formerly June 9, 2011);

28

CV 09-4436-CW                          - 1 -              STIPULATION RE MODIFICATION OF
                                                          BRIEFING SCHEDULE AND DISPOSITIVE
                                                          MOTION HEARING; [~~PROPOSED~~] ORDER

1

Dated:  April 20, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By:  /s/ *Darin J. Glasser*
        Darin J. Glasser

Attorneys for Defendant and Counterclaim-
Plaintiff APPLE INC.

Dated:  April 20, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET
BRIAN MCQUILLEN

DUANE MORRIS LLP

By:  /s/ *Matthew C. Gaudet*
        Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-
Defendant AFFINITY LABS OF TEXAS,
LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 09-4436-CW

- 2 -

STIPULATION RE MODIFICATION OF
BRIEFING SCHEDULE AND DISPOSITIVE
MOTION HEARING; [PROPOSED] ORDER

1       Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2  this document has been obtained from Matt Gaudet.

3

4  Dated:  April 20, 2011                  GEORGE A. RILEY
                                    DARIN W. SNYDER

5                                      RYAN K. YAGURA
                                      DARIN J. GLASSER

6                                      NICHOLAS J. WHILT

7                                      O'MELVENY & MYERS LLP

8

9                                      By:  /s/ *Darin J. Glasser*
                                              Darin J. Glasser

10                                    Attorneys for Defendant and Counterclaim-
                                    Plaintiff APPLE INC.

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.  Case management conference is also
    continued to the new hearing date.

14

15

16  Dated: **4/21/2011**

17                              Honorable Claudia Wilken
                              United States District Judge

18

19

20

21

22

23

24

25

26

27

28