UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Affinity Labs of Texas, et al., | No. C 09-4436 CW (JL) |
|     Plaintiffs, | |
|     v. | NOTICE |
| Apple, Inc, | |
|     Defendants. _____/ | |

TO PARTIES AND COUNSEL OF RECORD: You are hereby notified that Plaintiffs' motion to compel the deposition of Steven Jobs, and Defendants' motion for protective order will be submitted on the pleadings, without oral argument, as provided by Civil Local Rule 7-1(b), as of the submission of Defendants' reply in support of the motion for protective order. The hearing on May 4, 2011 is hereby vacated.

IT IS SO ORDERED.

DATED: April 22, 2011

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\09-4436\Notice - On Papers.wpd

C-09-4436 NOTICE                                                              Page 1 of 1