1 | Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
2 | One Market Plaza, Suite 2200
Spear Tower
3 | San Francisco, CA 94105-1127
Telephone: 415.957.3000
4 | Facsimile: 415.957.3001

5 | L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
6 | **DUANE MORRIS LLP**
1180 West Peachtree Street, Suite 700
7 | Atlanta GA 30309-3448
Telephone: 404.253.6900
8 | Facsimile: 404.253.6901

9 | RLSeabolt@DuaneMorris.com
WJameson@DuaneMorris.com
10 | MCGaudet@DuaneMorris.com

11 | Attorneys for Plaintiff,
AFFINITY LABS OF TEXAS, LLC
12 |

13 |

14 | **IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15 |
**OAKLAND DIVISION**
16 |

17 | Case No.: 4:09-cv-04436-CW

18 | AFFINITY LABS OF TEXAS, LLC,
**ORDER GRANTING PLAINTIFF**
19 | Plaintiff, **AFFINITY LABS OF TEXAS, LLC'S**
**ADMINISTRATIVE MOTION FOR**
20 | v. **LEAVE TO FILE DOCUMENTS**
**UNDER SEAL PURSUANT TO L.R. 79-**
21 | APPLE INC., **5(B), (D)**

22 | Defendant. Judge: Hon. Claudia Wilken

23 |

24 |

25 |

26 |

27 |

28 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL
09-cv-4436-CW

1       The Court, having considered Plaintiff Affinity Labs of Texas, LLC's ("Affinity")

2    Administrative Motion for Leave to File Documents Under Seal Pursuant to L.R. 79-5(b) and (d),

3    hereby GRANTS Affinity's Motion with respect to Exhibits 15 and 16, and DENIES the Motion

4    with respect to Exhibit 13.   The Court also DENIES the Motion regarding Exhibit 18, but will

5    consider a more limited motion to seal pursuant to Local Rule 79-5(c).

6

7       IT IS SO ORDERED.

8    Date: __ 5/24/2011 _____

9                                                            Hon. Claudia Wilken
                                                             United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28