GEORGE A. RILEY (S.B. #118304)
griley@omm.com
DARIN W. SNYDER (S.B. #136003)
dsnyder@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:     (415) 984-8701

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
NICHOLAS J. WHILT (S.B. #247738)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

DARIN J. GLASSER (S.B. #223788)
dglasser@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, California  92660
Telephone:     (949) 760-9600
Facsimile:     (949) 823-6994

Attorneys for Defendant and Counterclaim-Plaintiff
Apple Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC., a Texas Limited Liability Company,<br><br>        Plaintiff and<br>        Counterclaim-Defendant,<br><br>    v.<br><br>APPLE INC., a California Corporation,<br><br>        Defendant and<br>        Counterclaim-Plaintiff. | CASE NO. CV 09-4436-CW-JL<br><br>**ORDER SEALING PORTIONS OF DOCUMENTS SUBMITTED IN CONNECTION WITH APPLE'S CLAIM CONSTRUCTION BRIEF; MOTION FOR SUMMARY JUDGMENT; AND OPPOSITION TO AFFINITY LABS OF TEXAS, LLC'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Judge Larson |

1  The Court, having considered Apple Inc.'s Administrative Motion to File Portions of

2  Documents Under Seal Pursuant to Civil L.R. 79-5(c), hereby ORDERS as follows:

3  The following material served by Apple on May 24, 2011, is sealable and can be filed

4  under seal on the Court's document filing system:

5  1) Exhibits A-3 and A-4 attached to the Declaration of Clayton Cowgill;

6  2) The Declaration of Clayton Cowgill;

7  3) Exhibits C-3, C-4, C-5, C-6, C-8, and C-11 attached to the Declaration of John P. J.

8  Kelly;

9  4) Exhibit D-2 attached to the Declaration of Emily Clark Schubert;

10  5) The Declaration of Emily Clark Schubert;

11  6) Exhibits 7, 10, 15, 36, 39, 40, 41, and 51 attached to the Declaration of Nicholas J.

12  Whilt; and

13  7) Portions of Apple's brief that discuss the above listed exhibits.

14

15  IT IS SO ORDERED

16

17  Date: _____

18  _____
   Hon. Claudia Wilken
   United States District Court Magistrate Judge

19

20

21

22

23

24

25

26

27

28

CASE NO. C-09-04436 CW-JL

[PROPOSED] ORDER REGARDING
REQUEST TO SEAL