IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant.<br>_____/ | No. C 09-04436 CW<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL (Docket No.215) |

    Plaintiff Affinity Labs of Texas, LLC, has moved to file under seal various documents submitted in connection with its Claim Construction Reply Brief, Summary Judgment Reply Brief, and Brief in Opposition to Apple's Motion for Summary Judgment.  Docket No. 215.

    Pursuant to Local Rule 79-5(d), Affinity moves to seal Exhibits 1, 3, 5, 8, 22, 23, and 25 to the Declaration of David C. Dotson in Support of its Brief.  Affinity also moves pursuant to Local Rule 79-5(c) and (d), to seal portions of its Brief that disclose information designated Highly Confidential by Apple.  On June 9, 2011, Darin J. Glasser submitted a Declaration in Support of Apple, Inc.'s Request to Maintain Certain Confidential Documents Under Seal.  Docket No. 236.  Glasser's declaration gave support to sealing Exhibits 1, 3, 5, 8, 22, 23, and 25, but did not request

the sealing of portions of Affinity's Brief.  Having considered the motion, and supporting declarations, the Court GRANTS the motions to seal Exhibits 1, 3, 5, 8, 22, 23, and 25, but DENIES without prejudice the request to seal portions of its Brief.

Pursuant to Local Rule 79-5(b), Affinity moves to seal Exhibits 10, 11 and 26 to the Dotson Declaration, and Exhibit M3 to the Declaration of Joseph C. McAlexander III in Support of its Brief.  According to Affinity, Exhibits 10 and 11 warrant sealing because they contain certain information designated Highly Confidential by third party Yahoo! Inc.  Yahoo! has not filed a declaration in support of sealing this information.  However, it is not clear that Yahoo! has been served or otherwise notified of the motion.  Thus, the Court reserves judgment regarding the motion as to Exhibits 10 and 11.  On or before June 15, 2011, Affinity shall serve Yahoo! the motion, or notify the Court that it has already done so.  In the event that Yahoo! seeks to seal the information, it shall file a declaration in support of the motion by June 22, 2011.

The motion as to Exhibit M3 to the McAlexander Declaration is similarly lacking evidence from third parties and Apple to support sealing.  However, it is also unclear where Affinity has notified the third parties of this motion to seal regarding Exhibit M3.  Thus, on or before June 15, 2011, Affinity shall serve the motion to the pertinent third parties, or notify the Court that it has already done so.  In the event that these third parties seek to seal Exhibit M3, they shall file a declaration in support of the motion by June 22, 2011.  The Court reserves judgment on the motion

as to Exhibit M3.

The Court GRANTS the motion as to Exhibit 26 to the Dotson Declaration.

Pursuant to Local Rule 79-5(c), Affinity moves to seal portions of Exhibit M4 to the McAlexander Declaration. Pursuant to Local Rule 79-5(c) and (d), Affinity met with Apple concerning Exhibit M4. According to Affinity, Apple demanded that certain portions of Exhibit M4 be filed under seal. However, Apple failed to file a declaration in support of sealing that portion of Exhibit M4. Thus, the motion to seal Exhibit M4 is DENIED without prejudice.

In sum, the following items shall be sealed: Exhibits 1, 3, 5, 8, 22, 23, 25 and 26 to the Dotson Declaration. The following items shall not be sealed unless further evidence submitted demonstrates that sealing is warranted: Affinity's Brief and Exhibit M4 to the McAlexander Declaration. The Court reserves judgment as to Exhibits 10 and 11 to the Dotson Declaration, and Exhibits M3 to the McAlexander Declaration. On or before June 15, 2011 Affinity shall serve this order on Yahoo! and all third-parties seeking to seal Exhibit M3.

IT IS SO ORDERED.

Dated: 6/13/2011

CLAUDIA WILKEN
United States District Judge