1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   AFFINITY LABS OF TEXAS, LLC,                No. C 09-04436 CW

9          Plaintiff,                          ORDER RESOLVING
                                               REMAINING PORTION
10     v.                                      OF PLAINTIFF'S
                                               ADMINISTRATIVE
11  APPLE INC.,                                MOTION TO SEAL,
                                               Docket No. 215,
12         Defendant.                          PURSUANT TO THIS
    _____/          COURT'S ORDER,
13                                             Docket No. 240

14

15      On June 2, 2011, Plaintiff Affinity Labs of Texas, LLC, moved

16  to file under seal various documents submitted in connection with

17  its Claim Construction Reply Brief, Summary Judgment Reply Brief,

18  and Brief in Opposition to Apple's Motion for Summary Judgment.

19  Docket No. 215.  On June 13, 2011, the Court ordered certain

20  documents sealed and reserved judgment regarding the remaining

21  documents pending the submission of evidence in support of sealing

22  the items.  Docket No. 240.

23      In response to the Court's order, counsel for Defendant

24  Apple, Inc. submitted a declaration in support of the motion to

25  seal Exhibit M3 and ¶¶ 64-69 of Exhibit M4 to the Declaration of

26  Joseph C. McAlexander III in Support of Affinity's Claim

27  Construction Reply Brief, Summary Judgment Reply Brief, and Brief

28  in Opposition to Apple's Motion for Summary Judgment, and the

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

portions of Affinity's Brief that contain, rely upon, and quote
Exhibits 1, 3, 5, 8, 22, 23 and 25 to the Declaration of David C.
Dotson, and Exhibit M3 and ¶¶ 64-69 of Exhibit M4 to the
McAlexander Declaration.  Slacker, a third party to this lawsuit,
submitted a declaration in support of sealing Exhibit M3, which
contains confidential testimony of its designee and excerpts from a
confidential business document.

Having reviewed these additional submissions, Affinity's
motion to seal is GRANTED with respect to Exhibit M3 and ¶¶ 64-69
of Exhibit M4 to the McAlexander III Declaration in Support of
Affinity's Brief and the portions of Affinity's Brief that contain,
rely upon, and quote Exhibits 1, 3, 5, 8, 22, 23, 25 and M3, and
¶¶ 64-69 of Exhibit M4.  Docket No. 215.  The evidence necessary to
justify sealing Exhibits 10 and 11 to the Declaration of the David
C. Dotson has not been submitted and, thus, the motion with respect
to these items is DENIED.

IT IS SO ORDERED.

Dated: June 30, 2011

_____
CLAUDIA WILKEN
United States District Judge