Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
One Market Plaza, Suite 2200
Spear Tower
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
**DUANE MORRIS LLP**
1180 West Peachtree Street, Suite 700
Atlanta GA 30309-3448
Telephone: 404.253.6900
Facsimile: 404.253.6901

RLSeabolt@DuaneMorris.com
WJameson@DuaneMorris.com
MCGaudet@DuaneMorris.com

Attorneys for Plaintiff,
AFFINITY LABS OF TEXAS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.: 4:09-cv-04436-CW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AFFINITY LABS OF TEXAS, LLC'S ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT AUTHORITY IN SUPPORT OF AFFINITY'S OPPOSITION TO APPLE'S MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. Claudia Wilken |

1  The Court, having considered Plaintiff Affinity Labs of Texas, LLC's ("Affinity")
2  Administrative Motion to File Statement of Recent Authority in Support of Affinity's Opposition to
3  Defendant Apple Inc.'s ("Apple") Motion for Summary Judgment, hereby ORDERS as follows:
4  Affinity's Administrative Motion to File Statement of Recent Authority in Support of
5  Affinity's Opposition to Apple's Motion for Summary Judgment is GRANTED and shall be filed
6  forhwith.

7
8  IT IS SO ORDERED.
9  Date: _ **7/11/2011** _____                    _____
                                                        Hon. Claudia Wilken
10                                                      United States District Court Judge