Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: 415.957.3000
Facsimile: 415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street N.W., Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6982
Facsimile: 404.581.5951

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: mcgaudet@duanemorris.com

Attorneys for Plaintiff Affinity Labs of Texas, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| AFFINITY LABS OF TEXAS, LLC, | CASE NO. CV 09-4436-CW |
| Plaintiff, | **STIPULATION REGARDING DISMISSAL OF U.S. PATENT NO. 7,440,772 AND [~~PROPOSED~~] ORDER** |
| v. | |
| APPLE INC., | Judge: Hon. Claudia Wilken |
| Defendant. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC
2 ("Affinity") and Defendant Apple Inc. ("Apple") as follows:
3    WHEREAS, Affinity has agreed to dismiss with prejudice all claims in this case regarding
4 United States Patent No. 7,440,772 (the "'772 Patent"), and Apple has agreed to dismiss without
5 prejudice all counterclaims in this case regarding the '772 Patent;
6    WHEREAS, this agreement and dismissal will have no impact on the remaining claims in
7 the case relating to United States Patent Nos. 7,187,947 and 7,486,926;
8    WHEREAS, Affinity and Apple have agreed that no reference will be made in any trial of
9 this case to the prior claims and counterclaims regarding the '772 Patent, the dismissal of those
10 claims and counterclaims, or any agreement or covenant between Affinity and Apple relating to
11 the '772 Patent;
12    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE
13 PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE
14 APPROVAL OF THE COURT, AS FOLLOWS:

15  1. Affinity's claims relating to the '772 Patent are hereby dismissed with prejudice,
16     with each party bearing its own costs and expenses regarding the same; and
17  2. Apple's counterclaims relating to the '772 Patent are hereby dismissed without
18     prejudice, with each party bearing its own costs and expenses regarding the same;
19     and
20  3. All pending motions (including claim construction issues) relating only to the '772
21     Patent are hereby denied as moot.

CV 09-4436-CW — - 1 - — STIPULATION REGARDING DISMISSAL OF U.S. PATENT NO. 7,440,772 AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated:  July 8, 2011 | RICHARD L. SEABOLT<br>L. NORWOOD JAMESON<br>MATTHEW C. GAUDET |

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

Dated: July 8, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP

By: */s/ Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

Dated: July 8, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: */s/ Darin W. Snyder*
    Darin W. Snyder

Attorneys for Defendant APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: **7/11/2011**

Honorable Claudia Wilken
United States District Judge