1   GEORGE A. RILEY (S.B. #118304)
    griley@omm.com
2   DARIN W. SNYDER (S.B. #136003)
    dsnyder@omm.com
3   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
4   San Francisco, California  94111-3823
    Telephone:     (415) 984-8700
5   Facsimile:     (415) 984-8701

6   RYAN K. YAGURA (S.B. #197619)
    ryagura@omm.com
7   NICHOLAS J. WHILT (S.B. #247738)
    nwhilt@omm.com
8   O'MELVENY & MYERS LLP
    400 South Hope Street
9   Los Angeles, California  90071-2899
    Telephone:     (213) 430-6000
10  Facsimile:     (213) 430-6407

11  DARIN J. GLASSER (S.B. #223788)
    dglasser@omm.com
12  O'MELVENY & MYERS LLP
    610 Newport Center Drive
13  Newport Beach, California  92660
    Telephone:     (949) 760-9600
14  Facsimile:     (949) 823-6994

15  Attorneys for Defendant and Counterclaim-Plaintiff
    Apple Inc.
16

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                     OAKLAND DIVISION

19  AFFINITY LABS OF TEXAS, LLC, a          CASE NO. CV 09-4436-CW
    Texas Limited Liability Company,
20                                          **CIVIL L.R. 7-12 STIPULATION
                Plaintiff and              REGARDING ADDENDUM TO
21              Counterclaim-Defendant,     STIPULATED AMENDED PROTECTIVE
                                            ORDER [DKT. #207] GOVERNING
22          v.                              PRODUCTION OF CERTAIN
                                            DOCUMENTS OF NON-PARTY AT&T
23  APPLE INC., a California Corporation,   MOBILITY LLC**

24              Defendant and              Judge:  Hon. Claudia Wilken
                Counterclaim-Plaintiff.
25

26

27

28

STIPULATION RE ADDENDUM TO
                                            STIPULATED AMENDED PROTECTIVE
                                            ORDER; [~~PROPOSED~~] ORDER

1     The undersigned Parties and Non-Party hereby agree to the terms of this Addendum to the

2     Stipulated Amended Protective Order ("Protective Order") (Dkt. #207), as set forth below, and

3     agree to submit it to the Court for adoption as an Order upon full execution by counsel.  This

4     Addendum shall govern the disclosure of agreements between Apple Inc. ("Apple") and AT&T

5     Mobility LLC ("ATTM") regarding the iPhone (the "Apple-ATTM Agreements") that are

6     produced in this action by either Apple or ATTM.  Unless modified pursuant to the Protective

7     Order, this Addendum shall remain in effect after the conclusion of this litigation.  Except as

8     otherwise provided in this Addendum, all capitalized words used in the Addendum shall have the

9     same meaning as in the Protective Order.

10         **1.     Additional Definitions.**

11              **(a)     Independent Expert.**  The term "Independent Expert" shall mean an expert

12    and/or consultant, specifically including professional jury or trial consultants, who is retained or

13    employed to advise or assist counsel for any Party in this action, and who is not a past or current

14    employee of a restricted competitor of ATTM, and who, at the time of retention, is not anticipated

15    to become an employee of a restricted competitor of ATTM, and who in the past has not provided

16    and does not currently provide consulting services to a restricted competitor of ATTM.  A list of

17    ATTM's restricted competitors is contained in Appendix A to this Addendum.

18              **(b)     ATTM Competitor Expert.**  The term "ATTM Competitor Expert" shall

19    mean an expert and/or consultant who is retained or employed to advise or assist counsel for any

20    Party with this action, and who is a past or current employee of a restricted competitor of ATTM

21    or who, at the time of retention, is anticipated to become an employee of a restricted competitor

22    of ATTM, or who in the past has provided or currently provides consulting services to a restricted

23    competitor of ATTM.

24         **2.     Disclosure of Apple-ATTM Agreements.**

25         The Apple-ATTM Agreements may be disclosed to Independent Experts only under the

26    designation of "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY," as

27    provided in Paragraph 6(b) of the Protective Order.

28         If a Party wishes to disclose any of the Apple-ATTM Agreements to an ATTM

1   Competitor Expert, the Party seeking to disclose the Apple-ATTM Agreements shall provide to

2   ATTM the name of such expert or consultant and the identity of the restricted competitor of

3   ATTM with which the expert has been or is currently involved (which information ATTM agrees

4   to keep confidential), and shall identify to ATTM which Apple-ATTM Agreements the Party

5   wishes to disclose to such expert.  Within 14 days of being notified of the potential disclosure,

6   ATTM may either provide its written consent to the disclosure, or move the Court for an order

7   barring the Party from disclosing the Apple-ATTM Agreements to the ATTM Competitor Expert,

8   and the Party shall not disclose the Apple-ATTM Agreements until the matter is resolved by the

9   Court.

10

11  Dated:  July 13, 2011                    CROWELL & MORING LLP

12

13                                           /s/
                                             Kathleen Taylor Sooy
14                                           Attorneys for Non-Party
                                             AT&T Mobility LLC

15

16  Dated:  July 13, 2011                    DUANE MORRIS LLP

17

18                                           /s/
                                             Matthew C. Gaudet
19                                           Attorneys for Plaintiff
                                             Affinity Labs of Texas, LLC

20

21  Dated:  July 13, 2011                    O'MELVENY & MYERS LLP

22

23                                           /s/
                                             Darin J. Glasser
24                                           Attorneys for Defendant and Counterclaim-Plaintiff
                                             Apple Inc.

25

26

27

28

1        Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2    this document has been obtained from Matthew C. Gaudet and Kathleen Taylor Sooy.

3
     Dated:  July 13, 2011                    GEORGE A. RILEY
4                                             DARIN W. SNYDER
                                              RYAN K. YAGURA
5                                             DARIN J. GLASSER
                                              NICHOLAS J. WHILT
6
7                                             O'MELVENY & MYERS LLP

8
                                              By:  /s/ Darin J. Glasser
9                                                    Darin J. Glasser

10                                            Attorneys for Defendant and Counterclaim-
                                              Plaintiff APPLE INC.
11

12
             PURSUANT TO STIPULATION, IT IS SO ORDERED.
13
             DATED __July 18__, 2011
14

15

16

17                                            Hon. Claudia Wilken
                                              United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE ADDENDUM TO
STIPULATED AMENDED PROTECTIVE
ORDER; [PROPOSED] ORDER