1  Richard L. Seabolt (SBN 67469)
   George D. Niespolo (SBN 72107)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: 415.957.3000
   Facsimile: 415.957.3001
5  E-Mail:    rlseabolt@duanemorris.com

6  L. Norwood Jameson (admitted *pro hac vice*)
   Matthew C. Gaudet (admitted *pro hac vice*)
7  **DUANE MORRIS LLP**
   ATLANTIC CENTER PLAZA
8  1180 West Peachtree Street NW, Suite 700
   Atlanta, GA 30309-3448
9  Telephone: 404.253.6900
   Facsimile: 404.253.6901
10 E-mail:    wjameson@duanemorris.com
   E-mail:    mcgaudet@duanemorris.com
11
   Thomas W. Sankey (admitted *pro hac vice*)
12 Jordan T. Fowles (admitted *pro hac vice)*
   **DUANE MORRIS LLP**
13 1330 Post Oak Boulevard, Suite 800
   Houston, Texas 77056
14 Telephone: 713.402.3900
15 Facsimile:  713.402.3901
   E-mail:    twsankey@duanemorris.com
16 E-mail:    jtfowles@duanemorris.com

17 **Attorneys for Plaintiff**
   **Affinity Labs of Texas, LLC**
18

19
                    **UNITED STATES DISTRICT COURT**
20                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **OAKLAND DIVISION**
21

22 AFFINITY LABS OF TEXAS, LLC, a          CASE NO. CV 09-4436-CW
   Texas Limited Liability Company,
23                                         **CIVIL LOCAL RULE 6-2(a)**
            Plaintiff and                  **STIPULATION AND [~~PROPOSED~~]**
24          Counterclaim-Defendant,        **ORDER REGARDING PRETRIAL**
                                           **DISCLOSURES**
25      v.
                                           Judge:  Hon. Claudia Wilken
26 APPLE INC., a California Corporation,

27          Defendant and
            Counterclaim-Plaintiff.
28

1    IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC

2  ("Affinity") and Defendant Apple Inc. ("Apple") as follows:

3    WHEREAS, the Case Management Order (Dkt. No. 64) calls for, "not less than 30 days

4  prior to the [September 6, 2011] pretrial conference . . . [the] exchange . . . [of] the papers

5  described in Civil L.R. 16-10(b)(7), (8), (9), and (10), and . . . motions in limine;"

6    WHEREAS, 30 days prior to the Pretrial Conference is Sunday, August 7, 2011;

7    WHEREAS, in light of the mediation scheduled for August 4, 2011 with Judge Edward A.

8  Infante, the parties desire to slightly amend the timing of certain pretrial disclosures discussed in

9  the Case Management Order to streamline and expedite the pretrial disclosure process and have

10  agreed to the following proposed modifications to the timeline in the Case Management Order;

11    WHEREAS, at Paragraph 3(e) of the Order for Pretrial Preparation (at p. 6 of the Case

12  Management Order), the Court permits the parties to submit Trial Briefs ("Briefs on all

13  significant disputed issues of law, including foreseeable procedural and evidentiary issues…"),

14  not less than ten days prior to the pretrial conference;

15    WHEREAS, Paragraph 3(e) of the Order for Pretrial Preparation does not explicitly permit

16  opposition briefs to the Trial Briefs;

17    WHEREAS, the parties anticipate filing *Daubert* challenges as part of their Trial Briefs in

18  the event the parties are unable to resolve *Daubert*-related disputes during the pretrial meet and

19  confer;

20    WHEREAS, the parties request the Court's permission to submit oppositions briefs to

21  *Daubert* challenges on the same briefing schedule as provided for Motions *in Limine*;

22    WHEREAS, the parties' proposed modifications will not affect (1) the deadlines of any

23  submissions to the Court required by the Case Management Order or Local Rules, (2) the trial

24  date, (3) the pretrial conference, or (4) any other dates not listed below;

25    NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE

26  PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE

27  APPROVAL OF THE COURT, AS FOLLOWS:

28

CV 09-4436-CW                          - 1 -          CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                      AND [PROPOSED] ORDER

1.  The Parties shall exchange the following disclosures identified in Paragraph 1 of the Order for Pretrial Preparation (at p. 4 of the Case Management Order) on or before Wednesday, August 10, 2011:

    a.  An initial list of potential exhibits to be used at trial other than for impeachment or rebuttal (Civil L.R. 16(b)(b)(7)).  Objections to exhibits shall be exchanged between the parties no later than August 19, 2011.  The parties will work together between August 19 and 26, to attempt to resolve objections; any unresolved objections will be included in the pre-trial statement due on August 26, 2011;

    b.  A description of the anticipated briefs (including Motions *in Limine* and *Daubert* challenges) on all significant disputed issues of law, including procedural and evidentiary issues (Civil L.R. 16(b)(b)(8));

    c.  Draft proposed jury instructions, *voir dire* questions, and forms of verdict (Civil L.R. 16(b)(b)(9));

    d.  Initial designations of excerpts from depositions of non-party witnesses, from interrogatory answers, and from responses to requests for admission to be offered at trial other than for impeachment or rebuttal (Civil L.R. 16(b)(b)(10)).  Objections to all such designations, as well as any counter-designations, shall be exchanged between the parties no later than August 19, 2011.  The parties shall present any unresolved objections to deposition and discovery designations no less than five (5) days prior to the anticipated use of the affected designations at trial;

2.  The parties shall exchange initial designations of excerpts from depositions of party witnesses (including, but not limited to, Tony Fadell, Kevin Imes, and individuals who—at the time of their deposition—were Apple

CV 09-4436-CW            - 2 -            CIVIL LOCAL RULE 6-2(a) STIPULATION AND [PROPOSED] ORDER

1   employees or Affinity principals) to be offered at trial other than for

2   impeachment or rebuttal (Civil L.R. 16(b)(b)(10)) on August 31, 2011,

3   which will be five days after submitting witness lists.  Objections to all

4   such designations, as well as any counter-designations, shall be exchanged

5   between the parties no later than September 9, 2011.  The parties shall

6   present any unresolved objections to deposition and discovery designations

7   no less than five (5) days prior to the anticipated use of the affected

8   designations at trial.

9   3.  Pursuant to Paragraph 3(f) of the Order for Pretrial Preparation, each party's

10   Motions *in Limine* shall be contained in a single brief of not more than 25 pages

11   (not including exhibits and declarations).  Separately, each party's *Daubert*

12   challenges shall also be contained in a single brief (separate from the Motions *in*

13   *Limine*) of not more than 25 pages.  Between August 10 and August 26, 2011, the

14   parties shall meet and confer (telephonically or otherwise) regarding the substance

15   of the Motions *in Limine* and *Daubert* challenges and shall submit any unresolved

16   disputes described in the Motions *in Limine* and *Daubert* challenges (in the form

17   described above, i.e., each party shall be permitted to submit a single brief not

18   exceeding 25 pages for its unresolved Motions *in Limine* and a separate single brief

19   not exceeding 25 pages for its unresolved *Daubert* challenges) to the Court as part

20   of the pre-trial statement due on August 26, 2011.  Each party shall file with the

21   Court its respective opposing briefs no later than August 31, 2011.  Briefs

22   opposing Motions *in Limine* shall not exceed 25 pages.  Briefs opposing *Daubert*

23   challenges shall not exceed 25 pages.

24   4.  The parties shall exchange draft demonstratives and proposed exhibits to be shown

25   in Court by no later than 24 hours before their intended use, and such exchange

26   shall be supplemented to the extent necessary based on activities during the

27   intervening trial day by 7:00 pm the evening before the day of intended use.

28

1

2     Dated:  August 2, 2011                                RICHARD L. SEABOLT
                                                            GEORGE D. NIESPOLO
3                                                           L. NORWOOD JAMESON
                                                            MATTHEW C. GAUDET
4                                                           JORDAN T. FOWLES

5                                                           DUANE MORRIS LLP

6

7                                                           By:  /s/ *Jordan T. Fowles*

8                                                           Attorneys for Plaintiff AFFINITY LABS OF
                                                            TEXAS, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 09-4436-CW                          - 4 -              CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                          AND [PROPOSED] ORDER

1    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of

2   this document has been obtained from Darin J. Glasser.

3

4

5   Dated:  August 2, 2011                         RICHARD L. SEABOLT
                                                    GEORGE D. NIESPOLO
                                                    L. NORWOOD JAMESON
6                                                   MATTHEW C. GAUDET

7                                                   DUANE MORRIS LLP

8

9                                                   By:  /s/ *Jordan T. Fowles*
                                                    _____
10

11                                                  Attorneys for Plaintiff AFFINITY LABS OF
                                                    TEXAS, LLC
12

13  Dated:  August 2, 2011                         GEORGE A. RILEY
                                                    RYAN K. YAGURA
                                                    DARIN J. GLASSER
14                                                  NICHOLAS J. WHILT

15                                                  O'MELVENY & MYERS LLP

16

17                                                  By:  /s/ *Darin J. Glasser (wp JTF)*
                                                    _____
18

19                                                  Attorneys for Defendant APPLE INC.

20  PURSUANT TO STIPULATION, IT IS SO ORDERED,

21

22  Dated:__8/10/2011_____       _____

23                                Honorable Claudia Wilken
                                  United States District Judge

24

25

26

27

28

CV 09-4436-CW                       - 5 -          CIVIL LOCAL RULE 6-2(a) STIPULATION
                                                   AND [PROPOSED] ORDER