1  Richard L. Seabolt, Esq. (SBN 67469)
   **DUANE MORRIS LLP**
2  Spear Tower
   One Market Plaza, Suite 2200
3  San Francisco, CA  94105-1127
   Telephone:  415.957.3000
4  Facsimile:  415.957.3001

5  L. Norwood Jameson (admitted *pro hac vice*)
   Matthew C. Gaudet (admitted *pro hac vice*)
6  **DUANE MORRIS LLP**
   Atlantic Center Plaza
7  1180 West Peachtree Street N.W., Suite 700
   Atlanta, GA 30309-3448
8  Telephone: 404.253.6982
   Facsimile: 404.581.5951
9
   E-Mail: rlseabolt@duanemorris.com
10 E-Mail: wjameson@duanemorris.com
   E-Mail: mcgaudet@duanemorris.com
11
   Attorneys for Plaintiff Affinity Labs of Texas, LLC
12

13
14                **UNITED STATES DISTRICT COURT**
                   **NORTHERN DISTRICT OF CALIFORNIA**
15                         **OAKLAND DIVISION**

16 | AFFINITY LABS OF TEXAS, LLC, | CASE NO. CV 09-4436-CW |
   |---|---|
17 | Plaintiff, | **STIPULATION TO CONTINUE ALL CASE DEADLINES AND [**~~PROPOSED~~**] ORDER** |
18 | v. | |
19 | APPLE INC., | Judge:  Hon. Claudia Wilken |
20 | Defendant. | |

21
22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED by and between Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendant Apple Inc. ("Apple") as follows:

WHEREAS, in accordance with the Court's instructions, the parties have been working diligently to reach a settlement in this litigation, including attending three separate mediation sessions with the Mediator, Hon. Edward A. Infante (Ret); and

WHEREAS, the Mediator has suggested and the parties have agreed to direct their full efforts towards resolving all outstanding issues and executing an agreement by continuing all deadlines in this case.

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. All remaining deadlines in this case are hereby continued; and
2. The parties shall notify the Court of the status of their settlement discussions on September 9, 2011, in the event that the parties have not filed dismissal papers by that date.

Dated: August 24, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
     Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

1  Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of
2  this document has been obtained from Darin Snyder.

Dated:  August 24, 2011

RICHARD L. SEABOLT
L. NORWOOD JAMESON
MATTHEW C. GAUDET

DUANE MORRIS LLP


By: */s/ Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff AFFINITY LABS OF TEXAS, LLC

Dated:  August 24, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP


By: */s/ Darin Snyder*

Attorneys for Defendant APPLE INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED,  A case management conference will be held on September 13, 2011 at 2:00 p.m.

Dated: **8/24/2011**

Honorable Claudia Wilken
United States District Judge