Richard L. Seabolt, Esq. (SBN 67469)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  415.957.3001

L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street N.W., Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6982
Facsimile: 404.581.5951

E-Mail: rlseabolt@duanemorris.com
E-Mail: wjameson@duanemorris.com
E-Mail: mcgaudet@duanemorris.com

Attorneys for Plaintiff Affinity Labs of Texas, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **AFFINITY LABS OF TEXAS, LLC, a Texas Limited Liability Company,**<br><br>**Plaintiff and Counterclaim-Defendant,**<br><br>v.<br><br>**APPLE INC., a California Corporation,**<br><br>Defendant and Counterclaim-Plaintiff. | CASE NO. 4:09-cv-4436-CW<br><br>STIPULATION AND JOINT MOTION TO DISMISS; [~~PROPOSED~~] ORDER<br><br>Judge:  Hon. Claudia Wilken |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Affinity Labs of Texas, LLC ("Affinity") and Defendant Apple Inc. ("Apple"), by and through their counsel of record, hereby stipulate and request that the Court Order as follows:

(1)   All claims asserted by Affinity against Apple in this action shall be dismissed with prejudice;

(2)   All counterclaims asserted by Apple against Affinity in this action shall be dismissed without prejudice;

(3)   Affinity and Apple each shall bear their own costs and attorneys' fees; and

(4)   The Court shall retain jurisdiction over this action to enforce the agreement between the parties resolving this action.

| | | |
|---|---|---|
| 1 | Dated:  September 23, 2011 | RICHARD L. SEABOLT |
| 2 | | L. NORWOOD JAMESON |
| | | MATTHEW C. GAUDET |
| 3 | | THOMAS W. SANKEY |
| | | BRIAN MCQUILLEN |
| 4 | | DUANE MORRIS LLP |

By: /s/ *Matthew C. Gaudet*
    Matthew C. Gaudet

Attorneys for Plaintiff and Counterclaim-Defendant AFFINITY LABS OF TEXAS, LLC

Dated:  September 23, 2011

GEORGE A. RILEY
DARIN W. SNYDER
RYAN K. YAGURA
DARIN J. GLASSER
NICHOLAS J. WHILT

O'MELVENY & MYERS LLP

By: /s/ *Darin W. Snyder*
    Darin W. Snyder

Attorneys for Defendant and Counterclaim-Plaintiff APPLE INC.

    Pursuant to General Order No. 45 X(B), I hereby attest that concurrence in the filing of this document has been obtained from Darin W. Snyder.

Dated:  September 23, 2011

PURSUANT TO STIPULATION, IT IS SO ORDERED:  **All pending motions are terminated.**

Dated: 9/23/2011

*[signature]*
Honorable Claudia Wilken
United States District Judge

3